# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. MICHAEL CERRITO

Docket No. 3:02CR00367(JBA)

### Petition For Modification of Conditions or Term of Supervised Release

**COMES NOW**, Sandra Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Cerrito who was sentenced to 1 year, 1 day imprisonment and three years supervised release for a violation of 18 U.S.C.§ 1029, Fraud in Connection with Access Devices, by the Honorable Janet Bond Arterton, U.S. District Judge, sitting in the court in New Haven, Connecticut on October 7, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall authorize release of financial records and tax returns as requested by the Probation Office; 2) The defendant shall not open up any new credit lines or incur new credit card charges without the prior approval of the Probation Office; 3) The defendant shall obtain psychiatric and/or psychological evaluation and treatment as directed by the Probation Office and shall adhere to the medical regimen ordered; 4) The defendant shall participate in a program for evaluation and treatment of gambling problems and a financial counseling program, both approved by the Probation Office; and 5) The defendant shall pay restitution in the amount of $214,360.92, at a rate of 15% of the defendant's monthly gross income, with interest waived if timely payments are made. Michael Cerrito began supervision on SEPTEMBER 23, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On January 24, 2005, the Probation Office received player activity records from the Mohegan Sun Casino in Uncasville, Connecticut. The records show Mr. Cerrito engaged in gambling at that location on the following dates: December 30, 2004, November 15, 2004, November 3, 2004, October 12, 2004, October 2, 2004, and September 23, 2004 (day of his release from imprisonment).

On September 27, 2004, Mr. Cerrito signed and received a copy of the Conditions of Supervised Release after they were read and explained to him by U.S. Probation Officer Sandra Hunt. Mr. Cerrito was referred to Connecticut Problem Gambling Services for an evaluation. Based on Mr. Cerrito's denial of problem gambling throughout the evaluation, no treatment services were recommended. Mr. Cerrito stated to the gambling counselor and the Probation Office that any information given to the Court in regard to gambling addiction prior to sentencing was false and part of a defense strategy. It is Mr. Cerrito's belief that since the Court did not specifically order him not to gamble or enter gambling establishments, he is free to do so. Mr. Cerrito requested a hearing on the matter and such hearing was scheduled for May 10, 2005. Mr. Cerrito failed to appear on that date.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing MICHAEL CERRITO to appear before this court at New Haven, Connecticut, on **JUNE 15, 2005 at 3:00 p.m.**, to show cause why the special conditions of supervision should not be modified as follows:

1) The defendant shall not engage in any gambling activity, legal or illegal, nor be in the presence of any person engaged in gambling activity, and shall not enter any gambling establishments until restitution is paid in full.

2) The defendant shall pay restitution in the amount of $214,360.92, at a rate of 25% of the defendant's monthly net income, exclusive of social security disability benefits, with interest waived if timely payments are made.

**ORDER OF COURT**

Considered and ordered this 12th day of May, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Janet Bond Arterton
United States District Judge

Respectfully Submitted,

Sandra Hunt
United States Probation Officer

Place: New Haven, Connecticut

Date: May 12, 2005