UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.

MICHAEL CERRITO

2005 JUN 21 P 3: 26

Criminal No. 3:02CR00367(JBA)

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On October 7, 2003, the defendant was sentenced to one year, one day imprisonment and three years supervised release for Fraud in Connection with Access Devices, subject to standard and special conditions.

WHEREAS, at a hearing before this Court on June 15, 2005, Mr. Cerrito was afforded counsel and given an opportunity to be heard ~~on proposed modifications - No findings were made regarding any alleged violations of supervised release~~. The Court determined that the defendant shall remain on supervised release with modifications to the special conditions.

IT IS ORDERED that the conditions of supervised release be modified to add the following special condition: The defendant shall not engage in any gambling activity, legal or illegal, nor be in the presence of any person engaged in gambling activity, and shall not enter any gambling establishments until restitution is paid in full.

All other aspects of the original judgment shall remain in full force and effect.

Signed and dated at New Haven, Connecticut, this 21st day of June, 2005.

The Honorable Janet Bond Arterton
United States District Judge