UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:03-CR-367 (JBA) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL CERRITO | : | June 6, 2007 |

**GOVERNMENT'S MOTION FOR**
**DISTRIBUTION OF RESTITUTION TO VICTIMS**

    The Government, through its undersigned attorney, hereby respectfully moves for a release of all restitution funds paid by the defendant, Michael Cerrito, and currently held in the Registry of the Court.

    On October 7, 2003, this Court sentenced the defendant to 12 years and one day in prison, to be followed by a three-year term of supervised release. Judgment (doc. #23) entered on October 21, 2003.

    On December 30, 2003, this Court issued an amended judgment (doc. #26) ordering the defendant to pay a total of $214,360.92 in restitution. The amended judgment instructs the Clerk's Office to "maintain the funds in an interest bearing account" and to distribute those funds pro rata to all victims of the defendant's fraud (which include 17 separate financial corporations) "on further Order of the Court."

    According to the Clerk's Office, the defendant has paid $3,812.21 in restitution to date, all of which has been held in a separate interest-bearing account. At the request of the Clerk's Office, the Government hereby moves for an order (1) directing the Clerk to distribute all funds held in that account, pro rata, to the victims listed in the amended judgment (doc. #23); and (2) to close the separate account. To the extent the defendant makes additional restitution payments,

the Clerk can distribute those funds pro rata to the various victims in the ordinary course of business.

The Government attaches a proposed order to this effect.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        WILLIAM J. NARDINI
        ASSISTANT U.S. ATTORNEY
        Federal Bar No. CT16012
        157 Church Street, 23rd Floor
        New Haven, CT  06510
        Tel.: (203) 821-3748
        Fax: (203) 773-5377
        william.nardini@usdoj.gov


## CERTIFICATION

I certify that a copy of the foregoing was sent by first-class mail on June 6, 2007, to

        Kurt Zimmerman, Esq.
        Silverstein & Osach, P.C.
        234 Church Street, Suite 903
        P.O. Box 1727
        New Haven, CT 06510


        _____
        WILLIAM J. NARDINI
        Assistant U.S. Attorney