UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:03-CR-367 (JBA) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL CERRITO | : | |

## ORDER TO DISTRIBUTE RESTITUTION FUNDS

It is hereby ORDERED that the Clerk of the Court distribute all funds held in a separate account in the captioned-case to the victims listed in the Amended Judgment (doc. #26), on a pro rata basis, and close the separate savings account for restitution payments in this case.

This order does not alter the defendant's continuing obligation to pay the restitution ordered at the time of sentencing.

SO ORDERED on this ____ day of _____, 2007, at New Haven, Connecticut.

_____
HON. JANET B. ARTERTON
UNITED STATES DISTRICT JUDGE